1 Denise Bourgeois Haley
Attorney at Law: 143709
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net
5
Attorneys for Plaintiff
6

7
**UNITED STATES DISTRICT COURT**
8
**CENTRAL DISTRICT OF CALIFORNIA**
9

10
| | |
|---|---|
| FREDDIE VASQUEZ, | Case No.: CV 08-5305 OP |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Law Offices of Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $4,000.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   1/11/2010

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE